# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 4/19/2016 CO
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Orbrien Devon Kornegay | ) | Case No: 5:07-CR-277-1BO |
| | ) | USM No: 25728-056 |
| Date of Original Judgment: March 17, 2008 | ) | |
| Date of Previous Amended Judgment: March 20, 2014 | ) | Alan DuBois |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  150  months **is reduced to**  ~~129~~ months*

135 TWB

*On Count 1. Count 8 remains unchanged at 120 months, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 17, 2008 and March 20, 2014 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4·19·16        *Terrence W. Boyle*
                              Judge's signature

Effective Date:               Terrence W. Boyle, U.S. District Judge
*(if different from order date)*    Printed name and title

EDNC Rev. 11/8/2011